UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-01248
Jerry D Cannon  )
  )  Chapter: 13
  )  Honorable Carol A. Doyle
  )
  )
Debtor(s)  )

## ORDER MODIFYING PLAN

This matter coming before the court on the Debtor's motion to modify the Chapter 13 Plan; IT IS ORDERED:

The motion is GRANTED as follows:

1. The default accruing through March 2022 is deferred. The remaining payments under the plan will be $150 or 16 months, beginning April 2022.

2. The Trustee is not required to collect any amounts paid under previous Plans.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: March 01, 2022

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625